AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARLOS RODRIGUEZ NEWELL,

        Petitioner,

v.

WARDEN J. FIKES,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-CV-53

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated March 16, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is denied, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 16, 2023
*Date*



John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020